**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JEREMY FOSTER** | **DOCKET NO. 2:23-CV-00756** |
| **D.O.C. # 609509** | **SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN KEITH COOLEY** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and further considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED ADJUDGED AND DECREED** that this matter be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b)..

**THUS DONE AND SIGNED** in chambers this 26th day of January, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**
